UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LEE PEYTON,

Plaintiff.

Case No. 21-03318 BLF (PR)

**ORDER INSTRUCTING CLERK TO CLOSE CASE**

On May 7, 2021, the Clerk filed as a new prisoner action a letter from Plaintiff complaining of prison conditions during the COVID-19 pandemic.[1]  Dkt. No. 1.  On that same date, the Clerk notified Plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a court-approved *in forma pauperis* (IFP) application.  Dkt. Nos. 3, 4.  Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.  *Id.*

Plaintiff instead filed a letter explaining that he did not intend to file a new action in this Court.  Dkt. No. 6.  Good cause appearing, the Clerk is instructed to close the matter as improvidently opened.  No filing fee is due.

**IT IS SO ORDERED.**

Dated: __June 9, 2021_____

BETH LABSON FREEMAN
United States District Judge

Order Closing Case
P:\PRO-SE\BLF\CR.21\03318Peyton_close

---

[1] This matter was reassigned to this Court on June 2, 2021.  Dkt. No. 8.